■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LISA TRAVIS, Appellant. [613 NYS2d 252] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered October 12, 1993, convicting her of attempted arson in the third degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant, by pleading guilty, forfeited her right to challenge the denial of her motion to dismiss the indictment in the interest of justice, commonly known as a *Clayton* motion *(see, People v Merlo,* 195 AD2d 576; *see also, People v Clayton,* 41 AD2d 204). Her sentence, which was the minimum allowed by law, was not excessive *(see, People v Suitte,* 90 AD2d 80). Bracken, J. P., Miller, Copertino, Santucci and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARRY WILLIAMS, Appellant. [614 NYS2d 291] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated January 11, 1993 *(People v Williams,* 189 AD2d 793), affirming a judgment of the Supreme Court, Kings County, rendered December 13, 1989, on the ground of ineffective assistance of appellate counsel and for a writ of habeas corpus.

Upon the papers filed in support of the application and the papers filed in opposition thereto, it is

Ordered that the application is denied.

The defendant has failed to establish that she was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Sullivan, J. P., Rosenblatt, Miller and Ritter, JJ., concur.